**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRAVIS SHUTES**
**ADC #176432** **PLAINTIFF**

**v.** **No. 4:26-cv-548-DPM**

**BREEDLOVE, Dentist, Wellpath, Wrightsville Unit, ADC and WELLPATH, Wrightsville Unit, ADC** **DEFENDANTS**

**ORDER**

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommended disposition, *Doc. 10*, and overrules Shutes's objections, *Doc. 11*. Fed. R. Civ. P. 72(b)(3). Shutes's complaint will be dismissed without prejudice for failure to state a claim. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

31 July 2026