**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRAVIS SHUTES**
**ADC #176432** **PLAINTIFF**

**v.** **No. 4:26-cv-548-DPM**

**BREEDLOVE, Dentist, Wellpath,**
**Wrightsville Unit, ADC and WELLPATH,**
**Wrightsville Unit, ADC** **DEFENDANTS**

**JUDGMENT**

Shutes's complaint is dismissed without prejudice.

D.P. Marshall Jr.
______________________
D.P. Marshall Jr.
United States District Judge

31 July 2026
______________________